IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BYRON WAYNE HOPKINS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-2465-L-BT** |
| | § | |
| **ONITY MORTGAGE CORPORATION and POWER DEFAULT SERVICES, INC.,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

On September 28, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 11) was entered, recommending that the court dismiss without prejudice this action and Plaintiff's foreclosure related claims pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order. Specifically, Plaintiff, who is represented by counsel, did not respond to the magistrate judge's August 3, 2026 Order and August 10, 2026 deadline, directing him to inform the court whether he intended to proceed with this action in light of his prior attempt to nonsuit or voluntarily dismiss the action before it was removed to federal court. Plaintiff also did not seek an extension of this deadline. No objections to the Report were filed, and the 14-day deadline for doing so has expired.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Rule 41(b) for failure to prosecute and comply with a court order and **denies as moot** the Motion to Dismiss filed by Defendants (Doc. 9) on August 31, 2026.

**It is so ordered** this 26th day of October, 2026.

Sam A. Lindsay
United States District Judge